UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN C. CABE, | ) | No. CV 08-1013-JVS(CW) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MIKE POULOS (Warden), | ) | |
| | ) | |
| Respondent, | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: 5.20.08

JAMES V. SELNA
United States District Judge